DLJ MORTGAGE CAPITAL, INC., Respondent, et al., Intervenors-Plaintiffs, v THOMAS KONTOGIANNIS et al., Defendants, and JEFFREY SIEGEL et al., Appellants. MASSOUD & PASHKOFF LLP, Nonparty Appellant.

Submitted December 14, 2015; decided February 23, 2016

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the October 2014 Supreme Court order, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.

Judge GARCIA taking no part.

In the Matter of BERNABE ENCARNACION, Appellant, v SUSAN M. DWYER, Cayuga County Clerk, et al., Respondents.

Submitted January 11, 2016; decided February 23, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of THOMAS GLASS, Appellant, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES APPEALS BOARD, Respondent.

Decided February 23, 2016

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (see NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).